

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2017

No. 04-16-00603-CR

Belinda **CISNEROS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 15-06-11022-CR
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The clerk's record has been filed, but it does not contain the trial court's Rule 25.2(a)(2) certification of the appellant's right to appeal. See Tex. R. App. P. 25.2(d). This court must dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." Id. Appellant is given notice that this appeal will be dismissed unless, by January 23, 2017, unless a certification is filed showing he has the right to appeal is made part of the appellate record. See Olivo v. State, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (holding that timely notice of appeal is necessary to invoke court of appeals' jurisdiction); Tex. R. App. P. 25.2(d); 37.1; Daniels v. State, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, order), disp. on merits, No. 04-03-00176-CR, 2003 WL 21508347 (July 2, 2003, pet. ref'd) (not designated for publication).

If a supplemental clerk's record is required, appellant must request a supplemental record from the trial court clerk and file a copy of the request with this court. If appellant fails to satisfactorily respond to this order within the time provided, the appeal will be dismissed.

We order all appellate deadlines are suspended until further order of the court. We further order the clerk of this court to serve copies of this order on the attorneys of record and the court reporter.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of January, 2017.



Keith E. Hottle
Clerk of Court